UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUGUST IMAGE, LLC,

                      Plaintiff,

      -v-

VICE MEDIA, LLC, et al.,

                      Defendants.

22 Civ. 7327 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 21, 2022, the Court scheduled an initial pretrial conference in the above-captioned case for October 24, 2022 at 3 p.m. Dkt. 15. Due to an unavoidable conflict, that conference is adjourned to Wednesday, November 2, 2022 at 4 p.m.

The Court has received the parties joint pre-conference letter and proposed case management plan, and thanks them for it. In light of the new conference date, the Court requests that the parties submit a revised proposed case management plan with adjusted discovery deadline dates, as necessary, in advance of the conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2022
       New York, New York