UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUGUST IMAGE, LLC,

        Plaintiff,

  -v-

VICE MEDIA, LLC, ET AL.,

        Defendants.

22 Civ. 7327 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 24, 2023, the Court issued an order staying this case, pursuant to 11 U.S.C. § 362, see Dkts. 28–29, and directing the parties to file a joint status update every 60 days. Dkt. 30. The parties' last status update was submitted on July 24, 2023. Dkt. 31. They have failed to file timely status updates since then. The Court directs them to file a status update by October 25, 2024, and to file status updates every 60 days thereafter.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 16, 2024
   New York, New York

1