

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

October 28, 2024

**DELIVERED VIA ECF**

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

        **Case Title:**    *August Image, LLC v. Vice Media, LLC et al.;*
                              **1:22-cv-07327-PAE**
        **Re:**           **Status Letter**

Your Honor:

    Plaintiff, August Image, LLC, and Defendants write jointly in response to the Court's order of October 23, 2024 (Dkt. No. 35). The parties report that they do not intend to file a motion for relief from the automatic stay at issue and that Plaintiff intends to file a dismissal of this matter as a result of Defendants' bankruptcy. We thank Your Honor for your attention to this matter.

                                Respectfully submitted,

        By:    */s/ Scott Alan Burroughs*
                    Scott Alan Burroughs, Esq.
                    DONIGER / BURROUGHS
                    For the Plaintiff