UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUGUST IMAGE, LLC,

                          Plaintiff,

-v-

VICE MEDIA, LLC, ET AL.,

                          Defendants.

22 Civ. 7327 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 24, 2023, the Court issued an order staying this case, pursuant to 11 U.S.C. § 362, *see* Dkts. 28–29, and directing the parties to file a joint status update every 60 days, Dkt. 30. After the parties failed to do so for over a year, the Court, on October 16, 2024, directed them to file a status update by October 25, 2024. Dkt. 33. On October 23, 2024, the parties, in a joint letter, alerted the Court that the defendants' bankruptcy petition had been resolved by a Final Decree and Order entered on May 29, 2024. Dkt. 34. That same day, the Court directed the parties to file a joint letter setting forth whether the parties intended to file a motion for relief from the automatic stay to litigate any remaining claims or whether they intended to dismiss the case pursuant to their prior settlement discussions. Dkt. 35. The Court separately directed the parties to file the Final Decree and Order on the docket of this case. *Id.* On October 28, 2024, the parties, in a joint letter, indicated that plaintiff intended to dismiss this action, Dkt. 36, and the Court directed counsel to attend to that filing promptly. Dkt. 37. The parties have not done so.

Accordingly, the Court orders the parties to file the Final Decree and Order on the docket of this case **by November 22, 2024**, and directs plaintiff **forthwith** to file a dismissal of this matter.

1

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 19, 2024
       New York, New York