- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC, | Civil Action No.: 1:22-cv-07327-PAE |
| Plaintiff, | **PLAINTIFF'S NOTICE OF LODGING** |
| v. | |
| VICE MEDIA, LLC, et al, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff, August Image, LLC, hereby lodges the Final Decree and Order from the relevant bankruptcy proceedings involving Defendants pursuant to the Court's Order of November 19, 2024 (Dkt. No. 38), attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: November 21, 2024    By:    */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820
scott@donigerlawfirm.com
*Attorneys for Plaintiff*