**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST IMAGE, LLC, | Case No.: 1:22-cv-07327-PAE |
| Plaintiff, | **STIPULATION OF SETTLEMENT AND DISMISSAL** |
| v. | |
| VICE MEDIA, INC., et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, August Image, LLC, and Defendants Vice Media, LLC and Refinery 29, Inc., hereby stipulate, by and through their respective counsel of record, that this action be dismissed in its entirety as to all parties, *without prejudice*, pursuant to Federal Rule of Civil Procedure § 41(1)(A)(ii), with each party bearing its own costs and fees in connection with this action.

**IT IS SO STIPULATED.**

Date: November 22, 2024

By: _____
David Michael Stuart Jenkins, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
djenkins@donigerlawfirm.com
*Attorneys for Plaintiff August Image, LLC*

Date: November 22, 2024

By: _____
Angelo DiStefano
50 Broad St., Ste, 1609
New York, New York 10004
Tel: (212) 334-4801 (x104)
Fax: (212) 571-9149
E-mail: adistefano@pwes.com
*Attorney for Defendants Vice Media LLC and Refinery 29, Inc.*

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

November 25, 2024
New York, New York

2